**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLENN BOSWORTH,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>               Defendants. | Case No. CV 14-0498 DMG (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fourth Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

IT IS ORDERED that:

(1) The following claims against the following Defendants in the Fourth Amended Complaint are DISMISSED with prejudice:

- Claim One against Dr. Richard Gross for failure to provide a neurologist consult;
- Claim Two against Drs. Jaspar Dahliwal and Maria Dy for failure to provide a sympathectomy;
- Claim Three against Drs. Gross and Dy for failure to prescribe the drug Alendronate to treat Plaintiff's osteopenia;
- Claim Four against FCI-Lompoc Clinical Director Jose Bueno for failure to approve physical therapy; and
- Claim Five against Dr. Dy for failure to approve occupational therapy.

(2) The prayer for "loss of consortium" damages in the prayer for relief is STRICKEN.

(3) This action shall proceed only on Claim Two against Dr. Gross for failure to provide a sympathectomy.

(4) The United States Marshal Service is DIRECTED to serve the Fourth Amended Complaint, as amended by the dismissal of the Claims and Defendants listed above, on Dr. Gross pursuant to instructions to be supplied by the Magistrate Judge.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on Plaintiff at his current address of record.

IT IS SO ORDERED.

DATED: September 12, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE