# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN BOSWORTH,<br><br>              Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>              Defendants. | Case No. CV 14-0498 DMG (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE**<br><br>**JUDGE [82, 111]** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Motion for Leave to Amend to File a Fifth Amended Complaint Pursuant to Federal Rule of Civil Procedure 15(a), including the proposed Fifth Amended Complaint, the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's Objections thereto. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED THAT Plaintiff's Motion for Leave to Amend to File a Fifth Amended Complaint Pursuant to Federal Rule of Civil Procedure 15(a) is DENIED. This action shall proceed on

Plaintiff's Fourth Amended Complaint, as modified by the Court's Order dated September 12, 2017. [See Doc. # 50.] Plaintiff's "motion to withdraw without prejudice his fifth amended complaint" [Doc. # 111] is DENIED as moot.

The Clerk shall serve copies of this Order by United States mail on Plaintiff and on counsel for Defendants.

DATED: April 2, 2019

```
_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE
```