# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN BOSWORTH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No. CV 14-0498 DMG (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Fourth Amended Complaint, Defendant's "Motion to Dismiss Fourth Amended Complaint, or, in the Alternative, Motion for Summary Judgment," all the records and files herein, the Amended Report and Recommendation of the United States Magistrate Judge [Doc. # 123], and Plaintiff's Objections [Doc. # 124]. After having made a de novo determination of the portions of the Amended Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

1    **IT IS ORDERED** that Defendant's Motion for Summary Judgment is GRANTED.

2    **IT IS FURTHER ORDERED** that Judgment shall be entered dismissing this action without prejudice.

The Clerk of the Court shall serve copies of this Order and the Judgment herein on Plaintiff at his current address of record and on counsel for Defendant.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 27, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE